# TRANSFER & ASSUMPTION AGREEMENT ADDENDUM

Agreement No. 1015-001A

The entire agreement to provide equipment for the end-user customer (VALLEY PACKAGING CORP) is originated, priced, and documented on a forty-eight (48) month term effective October 2015 and expiring September 2019. The customer has only a minimum term of 12 months required at the agreed and guaranteed monthly rate as outlined in this Agreement. It would be the exclusive option of the customer to invoke a directive to transfer the assumption of the balance of payment stream to another affiliated party after KMH Systems, Inc. or our processor has received the 12th payment on the equipment listed on Schedule A. The provision would require written notice to KMH Systems, Inc. by VALLEY PACKAGING CORP at least sixty (60) days prior to transfer.

CUSTOMER: VALLEY PACKAGING CORP.

Signature: X _[signature]_

Printed Name: X Carter G. Moore

Title: X VP, Finance

Date Signed: X 10/21/15