

## FINANCING STATEMENT

| A. NAME & PHONE OF CONTACT AT FILER (Optional) |
| CSC (800)858-5294 |

| B. EMAIL OF CONTACT AT FILER (Optional) |
| FilingDept@cscinfo.com |

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703

424047632

This is a representation of a document created electronically at the Tennessee Secretary of State's web site.

Financing Statement Doc #: 424047632

Filing Date: 10/30/2015 11:31 AM

Tre Hargett, Secretary of State

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

### DEBTORS

1. DEBTOR'S NAME

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| VALLEY PACKAGING CORP. | | | |
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |

c. MAILING ADDRESS
275 INDUSTRIAL BOULEVARD

| d. CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|
| PULASKI | TN | 38478 | USA |

### SECURED PARTIES

1. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY)

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| AXIS CAPITAL, INC | | | |
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |

c. MAILING ADDRESS
308 N LOCUST STREET SUITE 100

| d. CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|
| GRAND ISLAND | NE | 68801 | USA |

COLLATERAL: This financing statement covers the following collateral:

Maximum principal indebtedness for Tennessee recording tax purposes is $134,649.00.
ALL EQUIPMENT NOW OR HEREAFTER ACQUIRED THAT IS COVERED BY ONE OR MORE LEASES AND/OR SECURITY AGREEMENTS BETWEEN DEBTOR AND SECURED PARTY ENTERED INTO IN THE PAST OR IN THE FUTURE, INCLUDING WITHOUT LIMITATION ALL PROCEEDS AND INSURANCE RELATING TO SAID EQUIPMENT AND ALL SUBSTITUTIONS, ACCESSIONS, AND REPLACEMENTS RELATING TO SAID EQUIPMENT, NOW OR HEREAFTER ACQUIRED. ALL EQUIPMENT RELATING TO AGREEMENT #930896.

Maximum principal indebtedness for Tennessee recording tax purposes is:          $134,649.00

| Check only if applicable and check only one box: Collateral is | ☐ held in a Trust |
| | ☐ being administered by a Decedent's Personal Representative |

| Check only if applicable and check only one box: | | | Check only if applicable and check only one box: | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

| ALTERNATIVE DESIGNATION (if applicable): | ☐ Lessee/Lessor | ☐ Consignee/Consignor | ☐ Seller/Buyer | ☐ Bailee/Bailor | ☐ Licensee/Licensor |

OPTIONAL FILER REFERENCE DATA:
[107410779]

NOTE: All information on this form is public record.

SCHEDULE "A"

KMH Systems, Inc. will deliver the following equipment attached to and made part of
Rental Agreement # 10.5-0074 between KMH SYSTEMS, INC. and VALLEY PACKAGING CORP.

Quantity and Description:

(5)  NISSAN/UNICARRIER 5000LB LPG FORKLIFTS

SERIAL #'S  CP1F2-9W8880
CP1F2-9W8881
CP1F2-9W8883
CP1F2-9W8898
CP1F2-9W8874

CUSTOMER:  VALLEY PACKAGING CORP.

Signature:      X  Joe Parker
Printed Name:   X  Joe Parker
Title:          X  Production Manager
Date Signed:    X  10/29/15