1-694241-300




427676478

## FINANCING STATEMENT AMENDMENT

A. NAME & PHONE OF CONTACT AT FILER (Optional)
CSC (800)858-5294

B. EMAIL OF CONTACT AT FILER (Optional)
FilingDept@cscinfo.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703

This is a representation of a document created electronically at the Tennessee Secretary of State's web site.

Amendment Doc #: 427676478
FILED: 10/18/2017 12:38 PM

Tre Hargett, Secretary of State

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

INITIAL FINANCING STATEMENT FILE NUMBER
424047632

☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of Secured Party authorizing this Termination Statement

☑ ASSIGNMENT (full or partial)

☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

☐ PARTY INFORMATION CHANGE:
This Change affects ☐ Debtor or ☐ Secured Party of record   ☐ CHANGE name and/or address   ☐ ADD name   ☐ DELETE name

### PARTIES

CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change (use exact full name; do not omit, modify or abbreviate any part of the name)

OR
a. ORGANIZATION'S NAME
TCF EQUIPMENT FINANCE, A DIVISION OF TCF NATIONAL BANK

b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S) INITIAL(S)    SUFFIX

c. MAILING ADDRESS
11100 WAYZATA BLVD STE 801

| CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|
| MINNETONKA | MN | 55305 | USA |

☐ COLLATERAL CHANGE:   ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral
Indicate collateral:

The increase in the maximum principal indebtedness for Tennessee recording tax purposes is:   $0.00

NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: (name of Assignor, if this is an Assignment) If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

OR
ORGANIZATION'S NAME
Axis Capital, Inc

INDIVIDUAL'S SURNAME    FIRST PERSONAL NAME    ADDITIONAL NAME(S) INITIAL(S)    SUFFIX

OPTIONAL FILER REFERENCE DATA:
001-0694241-300 Debtor:VALLEY PACKAGING CORP. [137645997]

NOTE: All information on this form is public record.

UCC FINANCING STATEMENT AMENDMENT (TN Form UCC3) (Rev. 12/01/2016)    Page 1 of 1



**Tre Hargett**
Secretary of State

# Division of Business Services
# Department of State

State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703

October 18, 2017 12:45 PM

Financing Statement Doc #: 424047632
Amendment Doc #: 427676478
DLN #: B0453-3472

## UCC Financing Statement Amendment Acknowledgment

This acknowledges the filing of the attached UCC3 document. Please review the data to ensure database information corresponds with information on the submitted UCC form. In the event a discrepancy is found, please note the error and return the entire package to our office. If we may be of any further service to you, please contact us at the number noted below.

Tre Hargett
Secretary of State

Enclosures: Original Documents

### ASSIGNEE

TCF EQUIPMENT FINANCE, A DIVISION OF TCF NATIONAL BANK

11100 WAYZATA BLVD STE 801

MINNETONKA, MN 55305

### AMENDMENT INFORMATION

| | |
|---|---|
| Amendment Doc #: | 427676478 |
| Amendment Filing Date: | 10/18/2017 12:38 PM |
| Amendment Actions: | Assignment |
| Financing Statement Lapse Date: | 10/30/2020 11:59 PM |
| Optional Filer Ref Data: | 001-0694241-300 Debtor:VALLEY PACKAGING CORP. [137645997] |

### Document Receipt

| | | |
|---|---|---|
| Receipt # : 3622575 | Fees Paid: | $15.00 |
| | Taxes Paid: | $0.00 |
| Payment-Account - #41221 API ACH Corporation Service Company, SACRAMENTO, CA | | $15.00 |