

Valley Packaging Corp.
2431 Minor Hill Hwy
Pulaski, TN 38478

Re: Contract No. 930896 ("Contract")

Amur Equipment Finance, Inc. ("Creditor") hereby gives notice to you that it has assigned to TCF Equipment Finance, a division of TCF National Bank ("TCFEF"), pursuant to a Purchase and Sale Agreement, dated as of March 28, 2016 (the "Agreement"), all of Creditor's right, title and interest in, to and under the Contract and all payments owing thereunder.

Creditor hereby irrevocably directs you to make any and all payments required or permitted to be made under the Contract directly to TCFEF at the following address:

> TCF Equipment Finance, a division of TCF National Bank
> 11100 Wayzata Blvd, Suite 801
> Minnetonka, MN 55305

A copy of each notice which you are required to give to Lessor under the terms of the Contract should be sent by you to TCFEF (instead of Creditor) at its address set forth above or at such other address as TCFEF may hereafter notify you.

Amur Equipment Finance, Inc.

By: *Jenny Wilson* (signature)
Name: Jenny Wilson
Title: Documentation/Funding Manager

P.O. Box 2555, 308 N. Locust St., Suite 100, Grand Island, NE 68801
main tel +1 800 994 0016 fax +1 308 398 4141
www.amuref.com