

June 1, 2017

Valley Packaging Corp.
2431 Minor Hill Hwy
Pulaski, TN 38478

Re: 930896/ Valley Packaging Corp.

To Whom It May Concern:

This letter serves as formal notice that Valley Packaging Corp. has defaulted under the Rental Agreement as of result of Valley Packaging Corp. failure to make payments to Amur Equipment Finance, Inc. ("Amur") as required by the Rental Agreement. Specifically, Valley Packaging Corp. failed to pay Amur no less than $6,600.00, which represents May and June payments, including late fees and additional fees.

By this letter, Valley Packaging Corp. is further notified that **unless the amount of $6,600.00 is paid to Amur by 6/11/2017 Amur shall enforce its rights and remedies under the Rental Agreement as it deems fit**. Such rights and remedies include, without limitation, the right to immediate payment of all overdue and future amounts due under Rental Agreement and any guaranty thereof, immediate possession of the equipment, and immediate payment of attorneys' fees, costs and all other amounts due under the Rental Agreement and any guaranty thereof, all in accordance with the terms and provisions in the Rental Agreement.

We do not take this action lightly and ask that you give this matter your utmost attention. If you want to handle the payment with a phone call, we have alternate payment methods available. If you have any questions, please call us at 800-994-0016.

You are hereby being notified that negative credit reporting for all individuals and business entities will be reported per applicable law if the terms of this payment demand are not satisfied.

Neither (i) the demands set forth herein, (ii) any delay and/or inaction by Amur, (iii) any discussions and/or correspondence between Amur and/or Valley Packaging Corp. and/or any other entity or individual, nor (iv) the receipt of any payments by Amur in connection with the Rental Agreement and/or any guaranty thereof is or shall be deemed a waiver of any of Amur's rights and remedies against Valley Packaging Corp., any guarantor of Obligor's obligations to Amur, and/or any other entity or individual, including, without limitation, any rights and remedies under the Rental Agreement, any guaranty thereof, under any other document, and/or under applicable law, all of which rights and remedies are expressly reserved.

Respectfully,

*Micaela Bamesberger*

Micaela Bamesberger
Account Representative
Amur Equipment Finance, Inc.

P.O. Box 2555, 308 N. Locust St., Suite 100, Grand Island, NE 68801
main tel +1 800 994 0016  fax  +1 308 398 4141
www.amuref.com

Case 1:18-cv-00070   Document 1-9   Filed 09/13/18   Page 1 of 2 PageID #: 247



June 1, 2017

Valley Packaging Corp.
C/O C T Corporation System
800 South Gay Street Ste 2021
Knoxville, TN 37929


Re: 930896/ Valley Packaging Corp.

TO C T CORPORATION SYSTEM—REGISTERED AGENT FOR DEBTOR:

This letter serves as formal notice that Valley Packaging Corp. has defaulted under the Rental Agreement as of result of Valley Packaging Corp. failure to make payments to Amur Equipment Finance, Inc. ("Amur") as required by the Rental Agreement. Specifically, Valley Packaging Corp. failed to pay Amur no less than $6,600.00, which represents May and June payments, including late fees and additional fees.

By this letter, Valley Packaging Corp. is further notified that **unless the amount of $6,600.00 is paid to Amur by 6/11/2017 Amur shall enforce its rights and remedies under the Rental Agreement as it deems fit**. Such rights and remedies include, without limitation, the right to immediate payment of all overdue and future amounts due under Rental Agreement and any guaranty thereof, immediate possession of the equipment, and immediate payment of attorneys' fees, costs and all other amounts due under the Rental Agreement and any guaranty thereof, all in accordance with the terms and provisions in the Rental Agreement.

We do not take this action lightly and ask that you give this matter your utmost attention. If you want to handle the payment with a phone call, we have alternate payment methods available. If you have any questions, please call us at 800-994-0016.

You are hereby being notified that negative credit reporting for all individuals and business entities will be reported per applicable law if the terms of this payment demand are not satisfied.

Neither (i) the demands set forth herein, (ii) any delay and/or inaction by Amur, (iii) any discussions and/or correspondence between Amur and/or Valley Packaging Corp. and/or any other entity or individual, nor (iv) the receipt of any payments by Amur in connection with the Rental Agreement and/or any guaranty thereof is or shall be deemed a waiver of any of Amur's rights and remedies against Valley Packaging Corp., any guarantor of Obligor's obligations to Amur, and/or any other entity or individual, including, without limitation, any rights and remedies under the Rental Agreement, any guaranty thereof, under any other document, and/or under applicable law, all of which rights and remedies are expressly reserved.


Respectfully,


*Micaela Bamesberger*

Micaela Bamesberger
Account Representative
Amur Equipment Finance, Inc.

P.O. Box 2555, 308 N. Locust St., Suite 100, Grand Island, NE 68801
main tel +1 800 994 0016  fax  +1 308 398 4141
www.amuref.com